SAO
Christopher H. Byrd (NV Bar No. 1633)
Mary E. Bacon (NV Bar No. 12686)
FENNEMORE CRAIG, P.C.
300 South Fourth St. 14th Floor
Las Vegas, NV 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8079
Email: cbyrd@fclaw.com
Email: mbacon@fclaw.com

Attorneys for Defendant
*Harrah's Las Vegas LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHELE JOSEPH, individually,<br><br>Plaintiff,<br><br>v.<br><br>HARRAH'S LAS VEGAS LLC, a Nevada limited liability company.<br><br>Defendant. | Case No.: 2:17-cv-249<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF MICHELE JOSEPH TO RESPOND TO DEFENDANT HARRAH'S LAS VEGAS, LLC'S MOTION TO DISMISS AND TO VACATE JUNE 11, 2017 HEARING ON DEFENDANT'S MOTION TO DISMISS**<br><br>ECF No. 16 |

Plaintiff, Michele Joseph ("Plaintiff") and Defendant Harrah's Las Vegas LLC ("Harrah's"), by and through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, as set forth below.

1. Plaintiff's response to Harrah's Motion to Dismiss [DE #10] was originally due on April 25, 2017. Plaintiff filed an Unopposed Motion for Extension of Time to File Response to Defendant's Motion to Dismiss and Motion for a More Definite Statement ("Motion for an Extension of Time") on April 20, 2017 [DE #14]. On April 20, 2017, the Court entered a minute order granting Plaintiff's Motion for an Extension of Time [DE #15].

2. Plaintiff shall oppose or otherwise respond to the Motion to Dismiss [DE #10] by June 5, 2017. Good cause exists for this 30-day extension because Plaintiff and Defendant are discussing resolving the legal issues raised by Defendant's Motion to Dismiss without the need for further motion practice or a hearing.

3. The June 12, 2017 hearing on the Motion To Dismiss be vacated.

| Dated this 5th day of May, 2017. | Dated this 5th day of May, 2017. |
|---|---|
| **FENNEMORE CRAIG, P.C.** | **LAW OFFICES OF OWEN DUNN, JR. ESQ.** |
| /s/ *Mary E. Bacon, Esq.* | /s/ *Owen B. Dunn, Jr., Esq.* |
| Christopher H. Byrd (NV Bar No. 1633)<br>Mary E. Bacon (NV Bar No. 12686)<br>300 S. Fourth Street, Suite 1400<br>Las Vegas, NV 89101<br>Telephone: (702) 692-8000<br>Facsimile: (702) 692-8079<br>Email: cbyrd@fclaw.com<br>Email: mbacon@fclaw.com<br>*Attorneys for Defendant*<br>*Harrah's Las Vegas LLC* | Robert P. Spretnak, Esq. (Bar No. 5135)<br>8275 S. Eastern Ave. Suite 200<br>Las Vegas, NV 89123<br>Telephone: (702) 454-4900<br>Facsimile: (702) 938-1055<br>E-mail: bob@spretnak.com<br>-and-<br>Owen B. Dunn, Jr., Esq., (OH Bar #0074743)<br>Law Offices of Owen Dunn, Jr.<br>The Ottawa Hills Shopping Center<br>4334 W. Central Ave. Suite 222<br>Toledo, OH 43615<br>*Attorneys for Plaintiff* |

## ORDER

Based on the parties' stipulation [ECF No. 16] and good cause appearing, IT IS HEREBY ORDERED that the plaintiff has until June 5, 2017, to respond to Harrah's pending motion to dismiss or for a more definite statement [ECF Nos. 10, 11]. The June 12, 2017, hearing on this motion is VACATED and CONTINUED to July 10, 2017, at 1:30. If the parties resolve the issues raised by this motion [ECF Nos. 10, 11] before the newly scheduled hearing date, any stipulation should also address the hearing date.

_____
U.S. District Judge Jennifer Dorsey
5/8/17