Christopher H. Byrd (NV Bar No. 1633)
FENNEMORE CRAIG, P.C.
300 South Fourth St. 14th Floor
Las Vegas, NV 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8079
Email: cbyrd@fclaw.com
*Attorneys for Defendant
Harrah's Las Vegas LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELE JOSEPH, individually<br><br>Plaintiff,<br><br>v.<br><br>HARRAH'S LAS VEGAS LLC, a Nevada limited liability company.<br><br>Defendant. | Case No.: 2:17-cv-00249 |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

HARRAH'S LAS VEGAS LLC'S ("Defendant" or "Harrah's"), by and through its undersigned counsel, Christopher H. Byrd, Esq. of the law office of Fennemore Craig, P.C. and MICHELE JOSEPH ("Plaintiff" or "Joseph"), an individual, by and through her undersigned counsel, Owen B. Dunn, Jr. of the Law Offices of Owen Dunn, Jr. and Robert P. Spretnak, Esq. of

///

///

///

///

///

TDAY/13229290.1/037641.0008

FENNEMORE CRAIG, P.C.
LAS VEGAS

1  the Law Offices of Robert P. Spretnak, do hereby stipulate and agree that the above entitled action
2  shall be dismissed with prejudice. Each party to bear its own attorneys' fees and costs:
3  Dated this 19th day of September, 2017.     Dated this 19th day of September, 2017.

4  **FENNEMORE CRAIG, P.C.**                  **LAW OFFICES OF OWEN DUNN, JR.**

5  /s/Christopher H. Byrd, Esq.               /s/Owen B. Dunn, Jr.

6  Christopher H. Byrd (NV Bar No. 1633)      Owen B. Dunn, Jr. (NV Bar No. 74743)
7  300 South Fourth St. 14th Floor            The Ottawa Hills Shopping Center
   Las Vegas, NV 89101                        4334 W. Central Avenue, Suite 222
8  Telephone: (702) 692-8000                  Toledo, Ohio 43615
   Facsimile: (702) 692-8079                  Telephone: (419) 241-9661
9  Email: cbyrd@fclaw.com                     Facsimile: (419) 241-9737
   Attorneys for Defendant                    Email: dunnlawoffice@sbcglobal.net
10 *Harrah's Las Vegas LLC*                   and
                                              Robert P. Spretnak (NV Bar No. 5135)
11                                            Law Offices of Robert P. Spretnak
                                              8275 S. Eastern Avenue, Suite 200
12                                            Las Vegas, NV 89123
                                              Telephone: (702) 454-4900
13                                            Facsimile: (702) 938-1055
                                              Email: bob@spretnak.com
14                                            *Attorneys for Plaintiff Michele Joseph*

15                                          **ORDER**

16         IT IS SO ORDERED.

17         Dated this ____ day of September, 2017.

18                                          _____
19                                          UNITED STATES DISTRICT COURT JUDGE

20 Respectfully Submitted by:

21 **FENNEMORE CRAIG, P.C.**

22 /s/Christopher H. Byrd, Esq.

23 Christopher H. Byrd (NV Bar No. 1633)
   300 South Fourth St. 14th Floor
24 Las Vegas, NV 89101
   Telephone: (702) 692-8000
25 Facsimile: (702) 692-8079
   Email: cbyrd@fclaw.com
26 *Attorneys for Defendant Harrah's Las Vegas LLC*

FENNEMORE CRAIG, P.C.
LAS VEGAS

2

TDAY/13229290.1/037641.0008

## CERTIFICATE OF SERVICE

1.  On September 19th, 2017, I served the following document(s):

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT HARRAH'S LAS VEGAS LLC'S**

2.  I served the above-named document(s) by the following means to the persons as listed below:

[x]   a.   ECF System (attach the "Notice of Electronic Filing" or list all persons and address):

Christopher H. Byrd   cbyrd@fclaw.com, tday@fclaw.com

Robert P Spretnak   retrofuturistic@earthlink.net, bob@spretnak.com, carole@spretnak.com

Mary E Bacon   mbacon@spencerfane.com, amiller@spencerfane.com

Owen B. Dunn, Jr   DunnLawOffice@sbcglobal.net

[ ]   b.   United States mail, postage fully prepared (list persons and addresses):

[ ]   c.   Personal Service (List persons and addresses):

    [ ] For a party represented by an attorney, delivery was made by handling the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

    [ ] For a party, deliver was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

[ ]   d.   By direct email (as opposed to through the ECF system (list persons and email addresses):

    Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]   e.   By fax transmission (list persons and fax numbers):

    Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

[ ]   f.   By messenger:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger service. (A declaration by the messenger must be attached to this Certificate of Service).

I declare under penalty of perjury that the foregoing is true and correct.

/s/ *Trista Day*
_____
An Employee of Fennemore Craig, P.C.

TDAY/13229290.1/037641.0008