Christopher H. Byrd (NV Bar No. 1633)
FENNEMORE CRAIG, P.C.
300 South Fourth St. 14th Floor
Las Vegas, NV 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8079
Email: cbyrd@fclaw.com
*Attorneys for Defendant*
*Harrah's Las Vegas LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHELE JOSEPH, individually<br><br>Plaintiff,<br><br>v.<br><br>HARRAH'S LAS VEGAS LLC, a Nevada limited liability company.<br><br>Defendant. | Case No.: 2:17-cv-00249<br><br><br><br>ECF NO. 25 |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

HARRAH'S LAS VEGAS LLC'S ("Defendant" or "Harrah's"), by and through its undersigned counsel, Christopher H. Byrd, Esq. of the law office of Fennemore Craig, P.C. and MICHELE JOSEPH ("Plaintiff" or "Joseph"), an individual, by and through her undersigned counsel, Owen B. Dunn, Jr. of the Law Offices of Owen Dunn, Jr. and Robert P. Spretnak, Esq. of

/ / /

/ / /

/ / /

/ / /

/ / /

TDAY/13229290.1/037641.0008

FENNEMORE CRAIG, P.C.
LAS VEGAS

the Law Offices of Robert P. Spretnak, do hereby stipulate and agree that the above entitled action shall be dismissed with prejudice. Each party to bear its own attorneys' fees and costs:

Dated this 19th day of September, 2017.                    Dated this 19th day of September, 2017.

**FENNEMORE CRAIG, P.C.**                                   **LAW OFFICES OF OWEN DUNN, JR.**

/s/Christopher H. Byrd, Esq.                                /s/Owen B. Dunn, Jr.

Christopher H. Byrd (NV Bar No. 1633)                       Owen B. Dunn, Jr. (NV Bar No. 74743)
300 South Fourth St. 14th Floor                             The Ottawa Hills Shopping Center
Las Vegas, NV 89101                                         4334 W. Central Avenue, Suite 222
Telephone: (702) 692-8000                                   Toledo, Ohio 43615
Facsimile: (702) 692-8079                                   Telephone: (419) 241-9661
Email: cbyrd@fclaw.com                                      Facsimile: (419) 241-9737
Attorneys for Defendant                                     Email: dunnlawoffice@sbcglobal.net
*Harrah's Las Vegas LLC*                                    and
                                                            Robert P. Spretnak (NV Bar No. 5135)
                                                            Law Offices of Robert P. Spretnak
                                                            8275 S. Eastern Avenue, Suite 200
                                                            Las Vegas, NV 89123
                                                            Telephone: (702) 454-4900
                                                            Facsimile: (702) 938-1055
                                                            Email: bob@spretnak.com
                                                            *Attorneys for Plaintiff Michele Joseph*

## ORDER

IT IS SO ORDERED. The Clerk of Court is directed to CLOSE THIS CASE.

Dated this 19th day of September, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted by:

**FENNEMORE CRAIG, P.C.**

/s/Christopher H. Byrd, Esq.

Christopher H. Byrd (NV Bar No. 1633)
300 South Fourth St. 14th Floor
Las Vegas, NV 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8079
Email: cbyrd@fclaw.com
*Attorneys for Defendant Harrah's Las Vegas LLC*